# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. GENTILE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. FEDERAL MARSHAL,<br><br>　　　　　Defendant. | Case No.  1:15-cv-00943 DLB (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 2) |

　　　　Plaintiff Raymond A. Gentile, a former federal inmate proceeding pro se, filed this civil rights action on June 23, 2015.  Plaintiff seeks leave to proceed in forma pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

　　Dated:　**June 25, 2015**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE