1

2

3

4

5

6

7                                   **UNITED STATES DISTRICT COURT**

8                                     EASTERN DISTRICT OF CALIFORNIA

9

10    RAYMOND A. GENTILE                              Case No. 1:15-cv-00943-DLB (PC)

11                         Plaintiff,
                                                      ORDER APPOINTING COUNSEL FOR
12        v.                                          LIMITED PURPOSE OF FILING AMENDED
                                                      COMPLAINT
13    U.S. FEDERAL MARSHAL,

14                         Defendant.

15

16        Plaintiff Raymond A. Gentile ("Plaintiff"), a former federal inmate at the Lerdo Pre-Trial

17    Facility, is proceeding pro se and in forma pauperis in this action pursuant to <u>Bivens v. Six</u>

18    <u>Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a

19    remedy for violation of civil rights by federal actors.

20        The Court finds that the appointment of counsel is warranted for the limited purpose of

21    drafting an amended complaint.[1]  M. Greg Mullanax has been selected from the Court's pro bono

22    attorney panel to represent Plaintiff, and he has accepted the appointment.

23        Accordingly, IT IS HEREBY ORDERED that:

24        1.      M. Greg Mullanax is appointed as counsel in the above entitled matter for the

25                limited purpose of investigating the claim, then drafting and filing an amended

26                complaint pursuant to the screening order.

27    _____

28    [1] The Court has screened Plaintiff's November 24, 2015, First Amended Complaint by separate order.

                                                      1

2.     M. Greg Mullanax's appointment will terminate when Plaintiff's amended complaint is filed, or he files a notice that an amended complaint would not be appropriate.

3.     Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4.     The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, California 93703.

IT IS SO ORDERED.

Dated:   **April 19, 2016**                              **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE