UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. GENTILE,<br><br>         Plaintiff,<br><br>   v.<br><br>DOES 1-20, et al.,<br><br>         Defendants. | No. 1:15-cv-00943 DLB PC<br><br>ORDER DIRECTING COUNSEL TO INFORM COURT OF STATUS OF REPRESENTATION WITHIN THIRTY DAYS |

   Plaintiff Raymond A. Gentile ("Plaintiff"), a former federal inmate at the Lerdo Pre-Trial Facility, is proceeding in forma pauperis in this action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed his complaint on June 23, 2015.[1]

   On April 20, 2016, the Court appointed counsel for the limited purpose of filing an amended complaint. Plaintiff filed his Second Amended Complaint on June 16, 2016.

   Accordingly, counsel is DIRECTED to inform the Court, within thirty (30) days, whether his representation is continuing past the appointed time.

///

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 10, 2015.

1

IT IS SO ORDERED.

Dated:  **June 24, 2016**                             /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE