UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. GENTILE,<br><br>               Plaintiff,<br><br>       v.<br><br>DOES 1-20, et al.,<br><br>               Defendants. | No. 1:15-cv-00943 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA<br><br>(Document 12)<br><br>ORDER DIRECTING PERSONAL SERVICE OF SUBPOENAS DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

   Plaintiff Raymond A. Gentile ("Plaintiff"), a former federal inmate at the Lerdo Pre-Trial Facility, is proceeding in forma pauperis in this action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff filed his complaint on June 23, 2015.[1]

   On June 16, 2016, Plaintiff filed his Second Amended Complaint.  He also filed a motion for leave to serve third party subpoenas to discovery the identity of the Doe Defendants who made the medical decisions at issue.

## **DISCUSSION**

   Subject to certain requirements, Plaintiff may be entitled to the issuance of a subpoena commanding the production of documents from a non-party.  Fed. R. Civ. P. 45.  To obtain such

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 10, 2015.

1

1   relief, Plaintiff must file a motion requesting the issuance of a subpoena duces tecum that identifies
2   with specificity the documents sought and from whom.
3       Here, Plaintiff has been unable to identify any Defendants.  He seeks subpoenas, directed
4   to the United States Marshal's service and Lerdo State Prison, to discover the identifies of the
5   individuals involved in denying his medical decision.
6       The Court finds that subpoenas in this instance are warranted and therefore GRANTS
7   Plaintiff's motion.[2]
8       Accordingly, it is HEREBY ORDERED that:
9       1.    The Clerk of the Court shall forward the following documents to the United States
10          Marshal:
11          a.    Two (2) completed and issued subpoenas duces tecum to be served on:
12              United States Marshal Service, Custodian of Records
                501 I Street, #5600
13              Sacramento, California  95814
14              Lerdo Pre-Trial Facility, Custodian of Records
                17695 Industrial Farm Rd.
15              Bakersfield, CA 93308
16          b.    The United States Marshal and Lerdo Pre-Trial shall provide the following
17              information:  Plaintiff's prison records, including his prison medical
18              records.
19          c.    Two (2) completed USM-285 form; and
20          d.    Three (3) copies of this order, one to accompany each subpoena and one
21              for the United States Marshal;
22      2.    Within twenty (20) days from the date of this order, the United States Marshal is
23          DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of
24          the Federal Rules of Civil Procedure;
25      3.    The United States Marshal effect personal service of the subpoenas duces tecum,
26          along with a copy of this order, upon the entities or individuals named in the
27
28  [2] As there are no named Defendants, the Court need not issue notice pursuant to Federal Rule of Civil Procedure 45(b)(1).

subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

4. Within ten (10) days after personal service is effected, the United States Marshal SHALL file the returns of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 forms.

IT IS SO ORDERED.

Dated: __June 24, 2016__          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE