UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. GENTILE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. FEDERAL MARSHAL, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00943-EPG (PC)<br>Appellate Case No. 17-17018<br><br>ORDER FOR PLAINTIFF TO SUBMIT INFORMATION PURSUANT TO RULE 4 OF THE FEDERAL RULES OF APPELLATE PROCEDURE<br><br>(ECF No. 27)<br><br>14 DAY DEADLINE |

　　　　On September 5, 2017, the Court dismissed this case and entered judgment. (ECF Nos. 25-26). On October 6, 2017, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. (ECF No. 27). The appeal was given the case number 17-17018. (ECF No. 30). On October 6, 2017, Plaintiff also filed an application to proceed *in forma pauperis* on appeal. (ECF No. 27).

　　　　Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, "a party to a district-court action who desires to appeal *in forma pauperis* must file a motion in the district court. The party must attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B)

claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

While Plaintiff did not file a completed Form 4 of the Appendix of Forms, the Court finds that the application to proceed *in forma pauperis* that Plaintiff submitted satisfies Federal Rule of Civil Procedure 24(a)(1)(A). However, Plaintiff has not submitted an affidavit[1] that claims he is entitled to redress or that states the issues that Plaintiff intends to present on appeal.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of service of this order, Plaintiff must submit an affidavit that claims an entitlement to redress and that states the issues that Plaintiff intends to present on appeal;
2. The Clerk of Court is directed to serve a copy of this order on the Ninth Circuit Court of Appeals; and
3. If Plaintiff fails to comply with this order, the Court will deny his application to proceed *in forma pauperis* on appeal.

IT IS SO ORDERED.

Dated: **October 11, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] A properly prepared declaration is admissible in federal court with the same effect as an affidavit. 28 U.S.C. § 1746.